UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE S.W., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-08635-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Chief Judge Richard Seeborg for consideration of whether the case is related to *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, No. 3:25-md-03166-RS.

　　　　**IT IS SO ORDERED.**

Dated: 1/5/2026

_____
VINCE CHHABRIA
United States District Judge